IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:03CR588 |
| | ) | |
| v. | ) | |
| | ) | |
| DECABOOTER FLOWERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On April 30, 2012, defendant appeared with counsel for a hearing on the Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 83). Defendant was represented by Michael F. Maloney, Assistant Federal Defender. Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

Defendant admitted Allegation Nos. 2, 3 and 4 of the Petition, and the Court found the defendant to be in violation of the conditions of his supervised release. The Court dismissed Allegation No. 1 of the Petition.

Defendant moved to continue disposition so that he may enter treatment following service of his sentence in State Court. That motion was granted.

IT IS ORDERED:

1.  Allegation No. 1 of the Petition is dismissed.

2.  Defendant is in violation of the terms of supervised release. Disposition is deferred pending defendant's entry into and completion of a drug and alcohol treatment program.

3.  Defendant shall report to the Salvation Army Adult Rehabilitation program on May 16, 2012, following expiration of his State Court sentence.

4. The Office of the Federal Defender shall arrange to transport defendant to the Salvation Army program.

DATED this 8th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____